UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TRAVARE GRANT,

    Plaintiff,

  v.

MATTHEW CATE, et al.,

    Defendants.

Case No. 14-cv-03347-JCS (PR)

**ORDER OF TRANSFER**

Plaintiff alleges various claims against employees of the Office of Appeals of the California Department of Corrections and Rehabilitation, which is located in Sacramento, which lies in the Eastern District of California. He asserts that the CDCR failed to properly address the grievances he filed regarding events that occurred at the North Folk Correctional Facility, which is in Western District of Oklahoma. This federal civil rights action is hereby TRANSFERRED to the Eastern District of California, wherein venue properly lies because a substantial part of the events or omissions giving rise to the claims occurred in that district. *See* 28 U.S.C. §§ 84(b), 1391(b), and 1406(a). Whether the action should remain in the Eastern District of California or be transferred to the Western District of Oklahoma is a decision for the receiving court. The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED.**

**Dated:** August 7, 2014

_____
JOSEPH C. SPERO
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVARE GRANT,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MATTHEW CATE, et al.,<br><br>　　　　　　Defendants. | Case No.   14-cv-03347-JCS<br><br>**CERTIFICATE OF SERVICE** |

　　　I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

　　　That on 8/7/2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Travare  Grant
Corcoran State Prison
P.O. Box 3461
Corcoran, CA 93212


Dated: 8/7/2014


　　　　　　　　　　　　　　　　　　　　　Richard W. Wieking
　　　　　　　　　　　　　　　　　　　　　Clerk, United States District Court


　　　　　　　　　　　　　　　　　　　　　By:_/s/ Karen L. Hom_____
　　　　　　　　　　　　　　　　　　　　　Karen Hom, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　　　　Honorable JOSEPH C. SPERO

2