UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVARE GRANT, | No. 2:14-cv-1867 KJN P |
| Plaintiff, | |
| v. | ORDER |
| MATTHEW CATE, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's motion for entry of default. (ECF No. 27.)

On February 6, 2015, the court ordered the U.S. Marshal to serve defendants. (ECF No. 25.) According to the court docket, service has not yet been executed. For this reason, plaintiff's motion for entry of default is premature. See Fed. R. Civ. P. 55.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for entry of default (ECF No. 27) is denied.

Dated: April 30, 2015

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Gr1867.ord