UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVARE GRANT,<br><br>              Plaintiff,<br><br>        v.<br><br>MATTHEW CATE, et al.,<br><br>              Defendants. | No.  2:14-cv-1867 MCE KJN (P)<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 14, 2015, the magistrate judge filed Findings and Recommendations herein (ECF No. 37), which were served on all parties and which contained notice that any objections to the Findings and Recommendations were to be filed within fourteen days.  Defendants have filed objections to the Findings and Recommendations.  ECF No. 39.  On August 31, 2015, Plaintiff filed a pleading titled "Notice to the Court of Points and Authorities that Qualify Defendant Cate to be Liable for Civil Violations."  ECF No. 40.  The Court construes Plaintiff's pleading to be objections to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, the Court has conducted a de novo review of this case.  Having carefully reviewed the entire file,

including the parties objections to the Findings and Recommendations, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed August 14, 2015 (ECF No. 37) are ADOPTED IN FULL;

2. Defendants' Motion to Dismiss (ECF No. 34) is GRANTED as to Defendant Cate and denied in all other respects; and

3. The remaining Defendants shall file a response to Plaintiff's First Amended Complaint (ECF No. 17) within twenty (20) days of the date that this order is electronically filed.

IT SO ORDERED.

Dated:  October 5, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT