UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVARE GRANT,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>MATTHEW CATE, et al.,<br><br>　　　　　Defendants. | No. 2: 14-cv-1867 MCE KJN P<br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is plaintiff's request for default judgment and motion to compel.  (ECF Nos. 48, 51.)

<u>Request for Default</u>

Plaintiff requests that default be entered on grounds that defendants did not file a timely response to his complaint.

On October 7, 2015, the Honorable Morrison C. England denied defendants' motion to dismiss, in part, and directed defendants to file a response to the amended complaint within twenty days.  (ECF No. 43.)  October 27, 2015, defendants filed an answer to plaintiff's complaint.  (ECF No. 46.)  Because defendants filed a timely response to the amended complaint, plaintiff's request for default is denied.  <u>See</u> Fed. R. Civ. P. 55.

////

1

<u>Motion to Compel</u>

Plaintiff requests that defendant be compelled to respond to his offer to settle the case for $300,000.  (ECF No. 51.)  Plaintiff requests an "arbitration conference," pursuant to Local Rule 270.  (<u>Id.</u>)

In their opposition to plaintiff's motion to compel, defendants state that they believe that a settlement conference would be premature.  (ECF No. 53.)  Defendants state that plaintiff has yet to give a deposition, and that they believe that this action will be disposed of via a motion for summary judgment.  (<u>Id.</u>)

The undersigned agrees that a settlement conference is premature.  For this reason, plaintiff's motion to compel, construed as a motion requesting a settlement conference, is denied.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request for default (ECF No. 48) is denied;

2. Plaintiff's motion to compel (ECF No. 51) is denied.

Dated:  December 23, 2015

Gr1867.set

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE